Martin Jones, State Bar #250598
Chastaine | Jones
3009 Douglas Blvd., Ste. 150
Roseville, CA 95661
(916) 932-7150
Email: martin@chastainejones.com

Attorney for Ifonze-Maliek Kaleon Barnes

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>IFONZE-MALIEK KALEON BARNES,<br><br>    Defendant. | Case № 2:25-cr-00018-TLN<br><br>STIPULATION AND ORDER TO CONTINUE ADMIT/DENY HEARING |

    It is hereby stipulated between the parties, Roger Yang, Assistant United States Attorney, and Martin A. Jones, attorney for defendant IFONZE-MALIEK KALEON BARNES, that the Set/Deny Hearing currently set for July 10, 2025, at 9:30 a.m. before Judge Nunley, should be continued and re-set for August 7, 2025, at 9:30 a.m. before Judge Nunley.  The parties further stipulate that the August 7 hearing will occur within a reasonable time

/ / /

/ / /

/ / /

/ / /

---

1 – STIPULATION AND ORDER TO CONTINUE ADMIT/DENY HEARING

DATED: July 8, 2025                    Respectfully submitted,

/s/
Martin A. Jones
Attorney for Marquist Piere Bradford


DATED: July 8, 2025                    Michele Beckwith
                                       United States Attorney


                                       /s/
                                       Roger Yang
                                       Assistant United States Attorney

## ORDER

IT IS HEREBY ORDERED THAT:

    The date for the Set/Admit Hearing is hereby re-set for August 7, 2025, at 9:30 a.m., before District Court Judge Troy L. Nunley.

DATED: July 8, 2025
                                       _____
                                       Troy L. Nunley
                                       Chief United States District Judge