UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
October 2, 2025
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:25-CR-00018-01-TLN |
|---|---|
| Plaintiff, | |
| IFONZE-MALIEK KALEON BARNES, | **ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| Defendant. | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release IFONZE-MALIEK KALEON BARNES, Case No. 2:25-CR-00018-01-TLN, Charge 18 U.S.C. § 3606, from custody for the following reasons:

    \_\_\_\_\_ Release on Personal Recognizance

    \_\_\_\_\_ Bail Posted in the Sum of $ _____

          \_\_\_\_\_ Unsecured Appearance Bond $ _____

          \_\_\_\_\_ Appearance Bond with 10% Deposit

          \_\_\_\_\_ Appearance Bond with Surety

          \_\_\_\_\_ Corporate Surety Bail Bond

          __X__ (Other): **TIME SERVED with a Release Date of 10/9/2025.**

Issued at Sacramento, California on October 2, 2025.

_Troy L. Nunley_
Troy L. Nunley
Chief United States District Judge